STEPHEN A. KARAS, Respondent, *v.* H. R. LABORATORIES, INC., et al., Appellants.

Argued May 14, 1947; decided May 29, 1947.

*John J. Dillon, William T. Gallagher* and *Rosiland Kramer* for appellants.

*Monroe J. Cahn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

SAMUEL FRIEDMAN, Appellant and Respondent, *v.* ROSETH CORPORATION et al., Respondents and Appellants.

Argued May 13, 1947; decided May 29, 1947.